# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>ANDREE NAVARRETE,<br><br>                       Defendant. | CASE NO. 11CR5221-DMS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21 USC 952, 960 AND 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/11

                                                    WILLIAM McCURINE, JR.
                                                    UNITED STATES MAGISTRATE JUDGE